UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JO ANN LORBERER, on behalf of herself and those
similarly situated,

                         Plaintiff,

  -against-

HUDSON NEWS DISTRIBUTORS, LLC,[1]

                         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF REMOVAL**

1:18-cv-140 (LEK/DJS)

TO THE CLERK OF THE COURT:

      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant HUDSON NEWS DISTRIBUTORS, LLC ("Hudson News"), by its undersigned attorneys, hereby removes this action from the Supreme Court of the State of New York, Ulster County, to the United States District Court for the Northern District of New York.

      1.     Plaintiff Jo Ann Lorberer ("Plaintiff"), commenced this action in the Supreme Court of the State of New York, Ulster County, by filing a Summons with Notice in the Ulster County Clerk's Office. A true and correct copy of the Summons with Notice is attached hereto as <u>Exhibit A</u>.

      2.     Plaintiff served the Summons with Notice on Hudson News on January 5, 2018.

      3.     As described in the Summons with Notice, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 in that it seeks damages for alleged violations of Plaintiff's rights under the Age Discrimination in Employment Act, 29 U.S.C. Sections 621 *et seq.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, as well

---

[1] Plaintiff incorrectly identified defendant as "Hudson Valley News Distributors, LLC" in the caption on the Summons with Notice (defined below). This was clearly in error, as the Summons with Notice is properly addressed to Hudson News Distributors, LLC.

as certain state law claims over which this Court has supplemental jurisdiction under 28 U.S.C. § 1367.

4. Additionally, there are grounds for removal on the basis of the diversity of citizenship of the parties, though Hudson News is removing on the basis of federal question jurisdiction.

5. Hudson News seeks removal of this action to this Court, pursuant to 28 U.S.C. § 1441, on the grounds that it is an action over which this Court would have original federal question jurisdiction and supplemental jurisdiction over the attendant state law claims because they arise from the same basic set of alleged facts as the federal claims.

6. On January 25, 2018, Hudson News served a Demand for a Complaint on Plaintiff. A true and correct copy of the Demand for a Complaint is attached hereto as <u>Exhibit B</u>.

7. To date, no process, pleadings, or orders have been served on Hudson News in this action other than the Summons with Notice.

8. This Notice of Removal is timely filed within thirty (30) days after receipt by Hudson News of the Summons with Notice. *See* 28 U.S.C. § 1446(b).

9. A copy of this Notice of Removal will be filed with the Supreme Court of the State of New York, Ulster County and served on all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, Hudson News hereby removes this action from the Supreme Court of the State of New York, Ulster County, to the United States District Court for the Northern District of New York.

Dated: New York, New York
February 1, 2018

Yours etc.,

MOSES & SINGER LLP

By: /s/ Abraham Y. Skoff
    Abraham Y. Skoff, Esq.

405 Lexington Avenue
New York, New York 10174
(212) 554-7800
*Attorneys for Defendant*

TO:  Nathaniel K. Charny, Esq.
Charny & Wheeler
9 West Market Street
Rhinebeck, New York 12572
(845) 876-7500
*Attorneys for Plaintiff*