# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER
------------------------------------X
JO ANN LORBERER, on behalf of herself and those
similarly situated,

                Plaintiff,

-against-

HUDSON VALLEY NEWS DISTRIBUTORS, LLC,

                Defendant.
------------------------------------X

Index No. 17-2475

**DEMAND FOR A COMPLAINT**

PLEASE TAKE NOTICE that defendant, HUDSON VALLEY NEWS DISTRIBUTORS LLC, hereby demands, pursuant to CPLR § 3012(b), that you serve a copy of the complaint upon the undersigned within 20 days after due service of this demand upon you, at the address below. This demand does not constitute an appearance by the above-listed defendant, and defendant expressly reserves all of its rights, including its right to remove, and including any and all defenses and bars herein, all defenses to Plaintiff's claims, all defenses to the jurisdiction of this Court, and applicable bars and limitations.

In the event you fail to respond hereto, a motion may be made in the forum hearing this matter, to dismiss the action.

Dated: New York, New York
       January 25, 2018

Yours etc.,

MOSES & SINGER LLP

By: _____
Kimberly Klein, Esq.
Abraham Y. Skoff, Esq.

405 Lexington Avenue
New York, New York 10174
(212) 554-7800
*Attorneys for Defendant*

3876761v2 999999.0622

TO: Nathaniel K. Charny, Esq.
Charny & Wheeler
9 West Market Street
Rhinebeck, New York 12572
(845) 876-7500
*Attorneys for Plaintiff*