UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JO ANN LORBERER, on behalf of herself and those similarly situated,

                      Plaintiff,

    v.

HUDSON VALLEY NEWS DISTRIBUTORS, LLC,

                      Defendant.

18-CV-00140
(LEK-DJS)

STIPULATION
OF DISCONTINUANCE
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein that the above-entitled action be, and hereby is, discontinued against defendant HUDSON VALLEY NEWS DISTRIBUTORS, LLC, with prejudice and without costs or fees to any party. This stipulation may be executed in counterparts and facsimile copies shall be deemed originals.

Dated: March 21, 2018

CHARNY & WHEELER
*Attorneys for Plaintiff*

By: /s/ Nathaniel K Charny
    Nathaniel K. Charny, Esq. (NC5664)
    9 West Market Street
    Rhinebeck, New York 12572
    (845) 876-7500

MOSES & SINGER LLP
*Attorneys for Defendant*

By: /s/ Abraham Y. Skoff
    Abraham Y. Skoff (AYS - ___)
    405 Lexington Avenue
    New York, New York 10174
    (212) 554-7800

IT IS SO ORDERED:

/s/ Lawrence E. Kahn
Lawrence E. Kahn
U.S. District Judge
Dated: March 29, 2018
      Albany, NY